NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RANDALL A. TERRY,**
*Appellant,*

**v.**

**TROY NEWMAN,**
*Appellee.*

---

2014-1036

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Cancellation No. 92047809.

---

**JUDGMENT**

---

MICHAEL S. CULVER, Millen White Zelano & Branigan PC, of Alexandria, Virginia.

BRIAN GIBBONS, Brian R. Gibbons, P.A., of Orlando, Florida, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, BRYSON, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 14, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |